**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of October, two thousand twenty-three,

_____

Erik Prince,

    Plaintiff - Appellant,

v.

First Look Media Works, Inc., a Delaware corporation, Matthew Cole, an individual,

    Defendants - Appellees,

The Intercept, a New York company, Alex Emmons, an individual,

    Defendants.

_____

**ORDER**
Docket No. 23-1024

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/16/2023